UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 6:99-cr-00031-HAI-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHARLES SIZEMORE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly Ingram.  [R. 203.]  Defendant Charles Sizemore has been charged with his second violations of his supervised release.  *Id.* at 1.  In 1999, District Judge Coffman sentenced Mr. Sizemore to 295 months of imprisonment followed by five years of supervised release after pleading guilty to conspiracy to distribute marijuana, possession with intent to distribute marijuana, and using a firearm in relation to a drug trafficking crime.[1]  *Id.* at 1.  The United States Probation Office charges Mr. Sizemore with two Grade B and one Grade C violation of his supervised release conditions, stemming from use of oxycodone and methamphetamine and the accompanying violations of law for possessing these substances.  *Id.* at 3.  Judge Ingram recommends a sentence of 10-months' incarceration based on the horrifically violent nature of Mr. Sizemore's underlying offense,[2] his history with drugs, and his breach of

---

[1] As Judge Ingram notes, this is an old case and documents filed prior to 2015 are not in the electronic record.  [R. 203 at 1 n.1.]

[2] Mr. Sizemore was a member of a large, interstate drug trafficking organization.  [R. 203 at 6.]  During that time, he tortured a man.  *Id.*  As his PSR recounts, Mr. Sizemore dismembered his victim before dousing him in battery acid and shooting him.  *Id.*

the Court's trust after receiving a low penalty for his first supervised release violation. *Id.* at 8–9.

Mr. Sizemore appeared before United States Magistrate Judge Stinnett for an initial appearance pursuant to Federal Rule of Criminal Procedure 32.1. [R. 199.] During the hearing, Mr. Sizemore competently, knowingly, voluntarily, and intelligently waived his rights to a preliminary hearing. *Id.* On March 9, 2023, Mr. Sizemore appeared before Judge Ingram for his final hearing. [R. 113.] As Judge Ingram found, Mr. Sizemore "competently, knowingly, voluntarily, and intelligently" stipulated to the violations. *Id.*

After hearing the parties' arguments, Judge Ingram issued a Report and Recommendation in which he evaluated the entire record and considered all Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range. [R. 203.] Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service. *Id.* at 10; *see* 28 U.S.C. § 636(b)(1).

More than fourteen days have passed and no one has objected to the Report and Recommendation. Moreover, Mr. Sizemore waived his right to allocution.[3] [R. 204.] Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and

---

[3] Mr. Sizemore conditioned his waiver upon the United States not objecting to Judge Ingram's recommendation and this Court adopting the recommendation. [R. 204 at 1.] The United States has not objected, and the Court will adopt Judge Ingram's recommendation.

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981).  Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 203]** is **ADOPTED** as and for the Opinion of the Court;

2. Mr. Sizemore is found **GUILTY** of all violations;

3. Mr. Sizemore's supervised release is **REVOKED**;

4. Mr. Sizemore is **SENTENCED** to a term of incarceration of ten (10) months, followed by twenty-four (24) months of supervised release; and

5. Judgment shall enter promptly.


This the 28th day of March 2023.

Gregory F. Van Tatenhove
United States District Judge